# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY HEUSLER, | Case No. 17-cv-04397 NC |
| Plaintiff, | **ORDER OF CONDITIONAL DISMISSAL** |
| v. | Re: Dkt. 18 |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed within 60 days. All scheduled dates are VACATED.

IT IS SO ORDERED.

Dated: October 30, 2017,

Nathanael M. Cousins
United States Magistrate Judge